■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS DESSIS-CARBUCCIA, Appellant.—Judgment unanimously affirmed. Same memorandum as in *People v Dessis-Carbuccia* (145 AD2d 902 [decided herewith]). (Appeal from judgment of Wayne County Court, Parenti, J.—criminal sale of controlled substance, first degree; conspiracy, second degree.) Present—Dillon, P. J., Doerr, Boomer, Green and Balio, JJ.